UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-07010 DMG (JCGx) | Date | April 18, 2014 |

| | | | |
|---|---|---|---|
| Title | *Heide Kurtz v. Liberty Mutual Insurance Company, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE JOINT REPORT ON BENEFITS RECEIVED UNDER RESCINDED CONTRACTS**

In its April 14, 2014 Order granting Defendants' motions for summary judgment, the Court held that Defendants were entitled to rescind their insurance policies due to Namco Financial Exchange's ("NFE") misrepresentations in its applications for insurance and, as a requirement of rescission, "Defendants shall restore to NFE all benefits received under the rescinded insurance contracts." [Doc. # 103.] By **May 2, 2014**, the parties shall file a joint report stating the amount of benefits Defendants owe NFE and the time frame within which Defendants shall restore the benefits to NFE.

**IT IS SO ORDERED.**