JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDE KURTZ, | Case No. CV 10-7010 DMG (JCGx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

Pursuant to the Court's April 14, 2014 Order re the parties' cross-motions for summary judgment [Doc. # 103],

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Liberty Mutual Insurance Company, Zurich American Insurance Company, Axis Insurance Company, and Twin City Fire Insurance Company, and against Plaintiff Heide Kurtz, who shall take nothing with respect to the claims for relief asserted in her Complaint.  Defendants are entitled to costs.

**IT IS SO ORDERED**.

DATED:    May 14, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE